## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MASTERCRAFT DISTRIBUTION USA, INC.                                          PLAINTIFF

v.                                        NO. 3:15CV00051 JLH

RURAL KING HOLDING CO.                                                      DEFENDANT

### ORDER

On November 10, 2015, Mastercraft Distribution USA, Inc., filed a motion to compel in which it stated that it had propounded interrogatories and requests for production of documents on August 1, 2015, and had not received a response within 30 days as required by Federal Rules of Civil Procedure 33 and 34.  No response to the motion to compel has been filed.  Therefore, without objection, the motion to compel is GRANTED.  Document #8.  Rural King Holding Co. must answer the interrogatories and produce the requested documents by 5:00 p.m., on Monday, December 7, 2015.

IT IS SO ORDERED this 30th day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE