# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MASTERCRAFT DISTRIBUTION USA, INC.                                                      PLAINTIFF

v.                                      NO. 3:15CV00051 JLH

RURAL KING HOLDING CO.                             DEFENDANT/THIRD PARTY PLAINTIFF

v.

LAD PRODUCTS, INC.                                                      THIRD PARTY DEFENDANT

## **ORDER**

The motion for continuance filed by Rural King Holding Co. is GRANTED. Document #16. This matter is removed from the trial docket for the week of September 26, 2016. A new scheduling order will be entered separately.

IT IS SO ORDERED this 17th day August, 2016.

                                                                                 _J. Leon Holmes_
                                                                                 J. LEON HOLMES
                                                                                 UNITED STATES DISTRICT JUDGE