**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MASTERCRAFT DISTRIBUTION USA, INC.                                    PLAINTIFF

v.                                        NO. 3:15CV00051 JLH

RURAL KING HOLDING, INC.                                         DEFENDANT/
                                                           THIRD PARTY PLAINTIFF

v.

LAD PRODUCTS, INC.                                    THIRD PARTY DEFENDANT

## ORDER

The jury trial scheduled for the week of April 3, 2017, in Jonesboro, Arkansas, is cancelled

and this case is removed from the trial docket.

IT IS SO ORDERED this 23rd day of March, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE