# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MASTERCRAFT DISTRIBUTION USA, INC.                                    PLAINTIFF

v.                              NO. 3:15CV00051 JLH

RURAL KING HOLDING CO.                    DEFENDANT/THIRD PARTY PLAINTIFF

v.

LAD PRODUCTS, INC.                                    THIRD PARTY DEFENDANT

## ORDER

The Court has been notified that this action has been settled. The complaint and third party complaint are therefore dismissed with prejudice.

IT IS SO ORDERED this 10th day August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE